UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

In Re:  Case No. 20-50946-AMK

**VLADAN ALEXEI BOHATIUK**  Chapter 7

 Judge Alan M. Koschik

Debtor(s)

**TRUSTEE'S NOTICE OF INTENT TO PROCEED WITH 341 MEETING OF CREDITORS BY VIDEO CONFERENCE AND PROCEDURES REGARDING SAME**

PLEASE TAKE NOTICE that the Trustee intends to proceed with the Meeting of Creditors provided for under 11 U.S.C. § 341 in the above captioned case on the following originally scheduled date and time:

Date: 06/30/2020

Time: 9:00AM

The Meeting of Creditors will not take place in person. The Meeting of Creditors will be held virtually, preferably by video conference.

PLEASE TAKE FURTHER NOTICE that the Virtual 341 Meeting of Creditors, at the time and date set forth above, will be held using Zoom. A Zoom email invitation will be sent to counsel for the debtor. The email invitation will provide a link to connect to the meeting and a call-in number and passcode if any party wishes to participate by telephone.

PLEAST TAKE FURTHER NOTICE that creditors wishing to participate may obtain access to the connection details by contacting the Trustee or counsel for the debtor.

PLEASE TAKE FURTHER NOTICE that the Trustee strongly encourages video appearance by Debtor(s) and Debtor(s)' counsel from a device connected to the internet with a

camera and microphone enabled.

PLEASE TAKE FURTHER NOTICE that the virtual 341 Meeting of Creditors will be electronically recorded. To ensure the quality of the record, please be sure to limit any background noise. Participants must be able to hear all parties for the entirety of the virtual 341 Meeting of Creditors.

PLEASE TAKE FURTHER NOTICE that the Trustee will verify the identity of the Debtor(s) appearing by video conference by asking Debtor(s) to show photo identification and evidence of the Debtor(s)' social security number at the commencement of the virtual 341 Meeting of Creditors. For Debtor(s) appearing by audio means only, Debtor(s)' attorney must (1) confirm on the record that counsel reviewed proof of the Debtor(s) identity by viewing the Debtor(s)' valid ID (stating what the ID is, e.g. Valid Driver's License), the name on the ID matches the name on the petition (if it doesn't, the debtor will need to testify an explain, e.g. married name has changed, etc.), based thereon, the debtor testifying is the person whose name is on the petition as the debtor; (2) confirm on the record that counsel reviewed proof of the debtor's SSN (stating what was used to verify the SSN, e.g. original social security card) and that it matches what was reported to the court in this bankruptcy case; and (3) transmit to the Trustee at least two days in advance of the Virtual 341 Meeting a completed Counsel Declaration Confirming Debtor Identity and Social Security Number. An acceptable form of Declaration is available from the Trustee upon request. Counsel is responsible for the logistics of completing this requirement.

PLEASE TAKE FURTHER NOTICE that the following information must be submitted to the Trustee through her document management system, Blue Stylus – Trustee Collaborative system, by no later than **4:00 p.m. the Friday before the above meeting date**:

- a scan or copy of the Debtor(s)' original signature on the petition, declaration of schedules, and statement of financial affairs
- Statements encompassing the petition date for all of the Debtor(s)' depository accounts open on the petition date
- A copy of the Debtor(s)' most recently filed federal and state tax returns

PLEASE TAKE FURTHER NOTICE that Debtor(s) appearing by audio means only must have a printed copy of the petition, schedules, and statement of financial affairs available for reference at the time of the Virtual 341 meeting.

PLEASE TAKE FURTHER NOTICE that failure to comply with the above procedures shall be deemed a failure to appear at the 341 Meeting of Creditors.

    /s/ Julie K. Zurn
Julie K. Zurn
Chapter 7 Trustee
P.O. Box 411
Bath, OH 44210
Telephone: (216) 626-5854
Email: trustee@zurnlaw.com

Cc: all entities and individuals who are listed on the Court's Electronic Mail Notice List